IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No 02-21-03L |
| vs. | ) | In violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2 |
| AMBIORIS FALETTE, JOSE RODRIGUEZ-CRUZ, NATIVIDAD CRISOTOMO and SERGIO FELIZ-FERRERAS | ) | |

INDICTMENT

The Grand Jury charges:

COUNT I

That from a time unknown to the Grand Jury up to and including on or about September 21, 2001, in the District of Rhode Island, the defendants, AMBIORIS FALETTE, JOSE RODRIGUEZ-CRUZ, NATIVIDAD CRISOTOMO, and SERGIO FELIZ-FERRERAS, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1);

All in violation of 21 U.S.C. § 846.

COUNT II

That on or about August 22, 2001, in the District of Rhode Island, the defendants, AMBIORIS FALETTE, JOSE RODRIGUEZ-CRUZ,

and NATIVIDAD CRISOTOMO, did knowingly and intentionally distribute 34.8 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT III

That on or about August 28, 2001, in the District of Rhode Island, the defendant, AMBIORIS FALETTE, JOSE RODRIGUEZ-CRUZ and NATIVIDAD CRISOTOMO, did knowingly and intentionally distribute 62.4 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT IV

That on or about September 19, 2001, in the District of Rhode Island, the defendants, JOSE RODRIGUEZ-CRUZ and SERGIO FELIZ-FERRERAS, did knowingly and intentionally distribute 10.1 grams of a mixture and substance containing a detectable amount

of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL:

MARGARET E. CURRAN
United States Attorney

Kenneth P. Madden
Assistant United States Attorney

Craig N. Moore
First Assistant United States Attorney

Dated: January 23, 2002

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**DEFENDANT U.S. vs.**

Natividad Crisotomo

Address

Birth Date

llien
licable)

Social Secu

Name of District Court, and/or Judge/Magistrate Location (City)

United States District Court

Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: MARGARET E. CURRAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): KENNETH P. MADDEN

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: District of Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Count I - 21 U.S.C. Sec. 846 - Conspiracy to Distribute & Possess With Intent to Distribute Heroin
Penalties: up to 20 years imprisonment; up to $1,000,000 fine; at least 3 years supervised release; $100 special assessment.

Count II - 21 U.S.C. Secs. 841(a)(1) & (b)(1)(C) and 18 U.S.C. Sec. 2 - Distribute 34.8 Grams of Heroin
Penalties: up to 20 years imprisonment; up to $1,000,000 fine; at least 3 years supervised release; $100 special assessment.

Count III - 21 U.S.C. Secs. 841(a)(1) & (b)(1)(C) and 18 U.S.C. Sec. 2 - Distribute 62.4 Grams of Herion
Penalties: up to 20 years imprisonment; up to $1,000,000 fine; at least 3 years supervised release; $100 special assessment.

ESTIMATED TRIAL DAYS: 4

This form was electronically produced by Elite Federal Forms, Inc.